# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 06-PO-00157-DLW |
| COLBY H. FRAZIER | PRO SE <br> (Defendant's Attorney) |
| | WALLACE KLEINDIENST <br> (Assistant United States Attorney) |

**THE DEFENDANT:** Pleaded guilty to count(s) 2.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 261.3(a) | Interfering with a U. S. Forest Service Officer | July 2, 2006 | 3 |

Count(s) 1 and 3 is dismissed on the motion of the United States.

Defendant shall perform 20 hours of community service with the American Red Cross and complete same by December 31, 2006.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney and be paid in full by April 1, 2007.

| | Assessment | Fine |
|---|---|---|
| **Totals:** | $10.00 | $300.00 |

Defendant's Soc. Sec. Number:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

October 5, 2006
Date of Imposition of Judgment

_____
Signature of Judicial Officer

David L. West,
Name & Title of Judicial Officer

October 5, 2006
Date